IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01300-AP

WAYNE CORDOVA,

        Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

        Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1.**     **APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:

Michael A. Desaulniers, Esq.
Law Office of Michael W. Seckar, Esq.
402 W. 12th Street
Pueblo, CO 81003
Phone: 719-543-8636
Fax:    719-543-8403
seckarlaw@mindspring.com

For Defendant:

TROY A. EID
United States Attorney
KURT J. BOHN
Assistant U.S. Attorney
DEBRA J. MEACHUM
Special Assistant U.S. Attorney
1961 Stout St., Suite 1001A
Denver, Colorado  80294
Telephone: (303) 844-1570
debra.meachum@ssa.gov

**2.    STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.    DATES OF FILING OF RELEVANT PLEADINGS**

    A.    **Date Complaint Was Filed:**  7/6/06
    B.    **Date Complaint Was Served on U.S. Attorney's Office:**  7/18/06
    C.    **Date Answer and Administrative Record Were Filed**:  9/15/06

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of their knowledge, both parties state that the record is complete.

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

**6.    STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

To the best of their knowledge, both parties state that the case raises no unusual claims or defenses.

**7.    OTHER MATTERS**

None.

**8.    PROPOSED BRIEFING SCHEDULE**

    A.    **Plaintiff's Opening Brief Due:**    November 13, 2006
    B.    **Defendant's  Response Brief Due:**    December 13, 2006
    C.    **Plaintiff's  Reply Brief (If Any) Due:** December 28, 2006

**9.    STATEMENTS REGARDING ORAL ARGUMENT**

Plaintiff does not request oral argument.
Defendant does not request oral argument.

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

      **A.**    **( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

      **B.**    **(X)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.  OTHER MATTERS**

Parties filing motions for extension of time or continuances must comply with D.C.COLO.LCivR 7.1(C) by submitting proof that a copy of the motion has been served upon the <u>moving attorney's client</u>, all attorneys of record, and all pro se parties.

**12.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended upon a showing of good cause.

DATED this 4th day of October, 2006.

                                     BY THE COURT:

                                     S/John L. Kane
                                     U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/Michael A. Desaulniers 10/4/06 | TROY A. EID<br>UNITED STATES ATTORNEY |
| Michael A. Desaulniers, Esq.<br>Law Office of Michael W. Seckar, Esq.<br>402 W. 12th Street<br>Pueblo, CO 81003<br>Phone: 719-543-8636<br>Fax:     719-543-8403<br>seckarlaw@mindspring.com | KURT J. BOHN<br>Assistant U.S. Attorney<br>kurt.bohn@usdoj.gov<br><br>s/Debra J. Meachum 10/4/06<br>By: Debra J. Meachum<br>Special Assistant U.S. Attorney<br>1961 Stout St., Suite 1001A<br>Denver, Colorado  80294<br>Telephone: (303) 844-1570<br>debra.meachum@ssa.gov |
| Attorney for Plaintiff | Attorneys for Defendant. |